UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CR499 JCH (DDN) |
| ) | |
| WARNELL REID, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court on Defendant's pre-trial motions to suppress evidence (ECF No. 17, 27, 28) and the United States' Motion for Determination by Court of Admissibility of Arguably Suppressible Evidence (ECF No. 18). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on February 7, 2012. (ECF No. 41). Defendant Warnell Reid filed a Motion Requesting 30 Additional Days to File Written Objection on February 15, 2012. (ECF No. 44). However, Defendant Warnell Reid nonetheless submitted objections to the Report and Recommendation on February 23, 2012. (ECF No. 50). The United States did not submit objections to the Report and Recommendation.

In his Report and Recommendation, Magistrate Judge Noce recommends that Defendant's evidentiary motions be denied and that the United States' motion be denied as moot. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's evidentiary motions and the United States' motion be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 41) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress, Motion to Suppress Statements, and Motion to Suppress Physical Evidence (ECF Nos. 17, 27, 28) are **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion for Determination by Court of Admissibility of Arguably Suppressible Evidence (ECF No. 18) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant's Motion Requesting 30 Additional Days to File Written Objection (ECF No. 44) is **DENIED** as moot.

Dated this 27th day of February, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE